UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL POUPART (#357073) | CIVIL ACTION |
| VERSUS | |
| DONNIE BORDELON, ET AL. | 23-99-SDD-RLB |

## RULING

On or about February 9, 2023, the *pro se* plaintiff, a person confined at the Elayn Hunt Correctional Center, filed a Complaint (R. Doc. 1) alleging a violation of his constitutional rights. The Complaint was not on an approved form, and the plaintiff did not pay the Court's filing fee or submit a Motion to Proceed *in Forma Pauperis*. Pursuant to correspondence dated March 9, 2023 (R. Doc. 2), the Court directed the plaintiff to correct the aforementioned deficiencies within 21 days and advised that failure to do so would result in dismissal of his suit without further notice. On May 2, 2023, the plaintiff was granted an additional 21 days to comply with the Court's deficiency notice. *See* R. Doc. 4.

A review of the record by the Court reflects that, despite notice and an opportunity to appear, the plaintiff has failed to respond to the Court's directives. As such, the plaintiff's action shall be dismissed, without prejudice, for failure to correct the deficiencies of which he was notified. Accordingly,

**IT IS ORDERED** the above-captioned proceeding be **DISMISSED, WITHOUT PREJUDICE**. *Judgment* shall be entered accordingly.

Signed in Baton Rouge, Louisiana on June 23, 2023.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**